UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADINE BURRELL-HAMILTON and
KELVIN TREVENSKY LEE,

                Plaintiffs,

- against -

ISAIAH ALCARIO ODEN and CR
ENGLAND, INC.,

                Defendants.

**ORDER**

17 Civ. 2634 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for April 23, 2020 is adjourned to **May 28, 2020 at 10 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        April 20, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge