UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADINE BURRELL-HAMILTON and
KELVIN TREVENSKY LEE,

              Plaintiffs,

- against -

ISAIAH ALCARIO ODEN and CR
ENGLAND, INC.,

              Defendants.

**ORDER**

17 Civ. 2634 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On March 13, 2020, this Court issued an Order (Dkt. No. 92) denying without prejudice Plaintiff Kelvin Lee's motion to amend his complaint. On April 27, 2020, Plaintiff Lee filed another motion to amend, which appears to resolve deficiencies in his original application. (Dkt. Nos. 97-98) To date, no opposition to Plaintiff Lee's new motion to amend has been filed. If no opposition is filed by **June 3, 2020**, the Court will deem the motion unopposed.

Dated: New York, New York
         May 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge